UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**        **CASE NO: 05-80949**

vs.        **HON. VICTORIA A. ROBERTS**

**SHERMAN PEGROSS,**

        **Defendant.**
_____/

## ORDER REGARDING STATUS OF APPOINTED COUNSEL

At a session of said Court, held in the T. Levin U.S. Courthouse, located at 231 West Lafayette Boulevard, in the City of Detroit, County of Wayne, State of Michigan, on:  2/16/07

PRESENT:  HON. VICTORIA A. ROBERTS

This matter being duly before the Court on motion of Defendant requesting that he be allowed to represent himself for the purpose of filing and arguing motions.

IT IS ORDERED that Defendant shall be allowed to represent himself for the purpose of filing and arguing motions in this Court, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court, and that Attorney RICHARD D. KORN shall assist Defendant as standby counsel.

IT IS FURTHER ORDERED that Attorney Richard D. Korn shall continue to assist Defendant in his capacity as standby counsel until further order of this Court but that Attorney Richard D. Korn shall be fully prepared to try this case on the scheduled trial date

and shall be authorized to negotiate with the government regarding a possible resolution of this matter.

IT IS FURTHER ORDERED that Attorney Richard D. Korn has the discretion as standby counsel to file additional motions not filed by Defendant that he deems would be appropriate under the circumstances.


Dated:  02-14-07                              /s/ Victoria A. Roberts
                                                    District Court Judge